UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-367-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC ADRIAN REYES | ORDER TO SEAL |

On motion of the defendant, Eric Adrian Reyes, and for good cause shown, it is hereby

ORDERED that the **[DE 49]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 26 day of June, 20 18.

JAMES C. DEVER III
Chief United States District Judge